IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>G. FORD GILBERT )<br>MARTIN J. CONNORS )<br>RANDALL M. DAVIS ) | Cr. No. 2:18CR116-MHT |

**ORDER**

On December 28, 2018, the undersigned entered a Recommendation (Doc. 190) that Defendants' Motions to Dismiss (Docs. 123, 125, and 126) be denied. The Recommendation set a deadline date of January 11, 2019, for filing of the parties' objections to the Recommendation. Trial is set to begin on January 14, 2019. Accordingly, it is

ORDERED that the parties' deadline for filing objections is RESET to 12:00 p.m. on January 9, 2019.

DONE this 2nd day of January, 2019.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE