IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 2:18CR116-MHT |
| ) | |
| G. FORD GILBERT ) | |
| MARTIN J. CONNORS ) | |
| RANDALL M. DAVIS ) | |

**ORDER**

Upon consideration of Defendants' Motion to Compel Government to Provide Rough Notes (Doc. 186), it is

ORDERED that, on or before January 7, 2019, the Government shall file a written response to the motion and show cause, if any there be, why the motion should not be granted.

DONE this 2nd day of January, 2019.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE