IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| MARTIN J. CONNORS | ) | |

## ORDER

It is ORDERED that defendant Martin J. Connors's motion to withdraw pending motions (doc. no. 199) is granted, and his pending motion to dismiss (doc. no. 126) and motions in limine (doc. nos. 60, 61, and 119) are withdrawn.

DONE, this the 4th day of January, 2019.

                                                  /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**