**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )       2:18cr116-MHT
                             )            (WO)
MARTIN J. CONNORS            )
```

**JUDGMENT**

Because defendant Martin J. Connors has successfully completed the Pretrial Diversion Program, it is ORDERED that the government's motion to dismiss the superseding indictment against defendant Connors (doc. no. 263) is granted; the superseding indictment (doc. no. 69) is dismissed with prejudice as to defendant Martin J. Connors; and defendant Connors is discharged.

DONE, this the 20th day of April, 2020.

                            /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**